UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY PLOTNICK,<br><br>                   Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION DEFERRED COMPENSATION PLAN FOR KEY EXECUTIVES, et al.,<br><br>                   Defendants. | Civ. No. 14-cv-303 (KM)<br><br>ORDER |

**MCNULTY, U.S.D.J.:**

      This matter comes before the Court on the Plaintiff's Objection to the Report and Recommendation of Magistrate Judge Cathy Waldor (Dkt. No. 41); and the Defendants having opposed the motion (Dkt. No. 42); and the Plaintiff having submitted a reply (Dkt. No. 42); and the Court having considered all of the foregoing and the other documents in the record, pursuant to Fed. R. Civ. P. 78; and for good cause shown,

      **IT IS** this 7th day of August, 2015,

      **ORDERED** that Magistrate Judge Waldor's Report and Recommendation (Dkt No. 41) is **ADOPTED IN FULL** and the Defendants' Motion to Transfer Venue (Dkt. No. 12) is **GRANTED**; and it is further

      **ORDERED** that the case be transferred to the Eastern District of Virginia; and it is further

      **ORDERED** that the Clerk **CLOSE** the file.

                                                    **KEVIN MCNULTY**
                                                    **United States District Judge**