IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY PLOTNICK, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES<br>CORPORATION DEFERRED<br>COMPENSATION PLAN FOR KEY<br>EXECUTIVES, *et al.*,<br>    Defendants. | Case No. 1:15-cv-01002 |

## ORDER

The matter is before the Court on (i) plaintiffs' motion for class certification (Doc. 93) and (ii) defendants' motion for summary judgment. (Doc. 137). The motions were fully briefed and argued.

For the reasons stated in the accompanying Memorandum Opinion of even date, and for good cause,

It is hereby **ORDERED** that plaintiffs' motion for class certification is **DENIED**.

It is further **ORDERED** that defendants' motion for summary judgment is **GRANTED**.

Accordingly, it is further **ORDERED** that the Clerk is **DIRECTED** to enter judgment in favor of defendants and against plaintiffs pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
April 26, 2016

T. S. Ellis, III
United States District Judge