IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Jeffrey Plotnick, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:15-cv-1002 |
| Computer Sciences Corporation Deferred Compensation Plan For Key Executives, et al., | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on 04/26/16 and in accordance with Federal Rules of Civil Procedure 58; JUDGMENT is hereby entered in favor of the Defendants and against the Plaintiffs.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
[Deputy Clerk]
Deputy Clerk

Dated: 04/26/16
Alexandria, Virginia